THE STATE EX REL. OHIO STATE UNIVERSITY, APPELLANT,
*v.* CROCKETT ET AL., APPELLEES.

[Cite as *State ex rel. Ohio State Univ. v.
Crockett* (2001), 92 Ohio St.3d 72.]

(No. 00–2195—Submitted April 24, 2001—Decided June 13, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Dinsmore & Shohl, L.L.P.,* and *Michael L. Squillace,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Cheryl J. Nester,* Assistant Attorney General, for appellee Industrial Commission.